**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. TH 04-006-CR-T/L |
| ) | 2:05-cv-226-JDT-WTL |
| LARRY ELDON YELEY, ) | |
| ) | |
| Defendant. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.   The clerk shall forward a copy of this Entry to the United States Attorney for this District. The United States is **notified** of the filing of the defendant's motion for relief pursuant to 28 U.S.C. § 2255, which has been scanned into the court's electronic docket.

2.   The United States shall have **through November 12, 2005,** in which to answer the allegations of the defendant's motion for relief pursuant to 28 U.S.C. § 2255, as expanded upon in his memorandum, and the defendant shall have **through December 12, 2005,** in which to reply.

   **IT IS SO ORDERED.**


Date: _____

Copies to:

Larry Eldon Yeley
Reg. No. 03677-028
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048