UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs.   )<br>)<br>LARRY ELDON YELEY,   )<br>)<br>     Defendant.   ) | No. TH 04-006-CR-T/L<br>2:05-cv-226-JDT-WTL |

**Written Opinion**
Under the E-Government Act and Judicial Conference policy

## Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The clerk shall forward a copy of this Entry to the United States Attorney for this District. The United States is **notified** of the filing of the defendant's motion for relief pursuant to 28 U.S.C. § 2255, which has been scanned into the court's electronic docket.

2. The United States shall have **through November 12, 2005,** in which to answer the allegations of the defendant's motion for relief pursuant to 28 U.S.C. § 2255, as expanded upon in his memorandum, and the defendant shall have **through December 12, 2005,** in which to reply.

**IT IS SO ORDERED.**

Date: 09/19/2005

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Larry Eldon Yeley
Reg. No. 03677-028
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048