UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> vs. ) <br> ) <br> LARRY ELDON YELEY, ) <br> ) <br> Defendant. ) | No. TH 04-006-CR-T/L <br> 2:05-cv-226-JDT-WTL |

**E N T R Y**

The clerk shall **file and docket** the defendant's letter dated December 4, 2005. The letter shall be docketed as the defendant's request for an extension of time in which to reply to the United States' answer to the defendant's motion for relief pursuant to 28 U.S.C. § 2255.

The defendant's request for an extension of time is **granted.** He shall have **through January 6, 2006,** in which to file any reply.

**IT IS SO ORDERED.**

Date:  12/12/2005

John Daniel Tinder, Judge
United States District Court

Copies to:

Larry Eldon Yeley
Reg. No. 03677-028
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS OTHER THAN DOCKETING AND DISTRIBUTION.